# Kasell Law Firm

August 8, 2025

Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Parkview Advance LLC v. Snyder Construction LLC and Zack Snyder*, 25 CV 03324 (FB) (SDE)

Judge Eichenholtz:

      This firm represents Defendants in the above-captioned matter. On behalf of both Plaintiff and Defendants, I respectfully request that the Court cancel the scheduling conference currently set for Friday, August 15, 2025, or, in the alternative, permit it to proceed by telephone.

      The parties are engaged in active settlement discussions. The attorneys are familiar with one another, having litigated multiple matters on opposite sides, and are proceeding amicably. In light of these ongoing discussions and the parties' mutual interest in conserving resources, we submit that the conference may be canceled without prejudice to either side.  Plaintiff's counsel agrees.

      If the Court declines to cancel the conference, I request that it be conducted by telephone (as it was originally scheduled).  I use a mechanical wheelchair due to multiple sclerosis, and submit that a telephonic appearance is a reasonable accommodation given the nature of the proceeding.  Plaintiff's counsel consents to the telephonic conference as well.

      Respectfully submitted,

      /s/ *David Kasell*
      David Kasell, Esq.
      Kasell Law Firm
      1038 Jackson Avenue, #4
      Long Island City, NY 11101
      (718) 404-6668
      david@kaselllawfirm.com
      Attorney for Defendants