

**New York Office**
167 Madison Avenue
Suite 205, #3008
New York, NY 10016

**New Jersey Office**
235 Demott Avenue
Clifton, NJ 07011

Tel: (973) 739-8707 || Email: rickin@rdesailaw.com

November 17, 2025

Via ECF
Magistrate Judge Seth D. Eichenholtz
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Parkview Advance LLC v. Snyder Construction LLC and Zack Snyder*, **1:25-cv-03324-FB-SDE**
             Joint Request to Adjourn November 19, 2025 Conference

Dear Magistrate Judge Eichenholtz:

      This firm represents Plaintiff Parkview Advance LLC in the above referenced matter.  I write this joint letter on behalf of both parties. The parties have been working incredibly diligently to reach a settlement. The parties have agreed on a proposed course of action but the final step requires approval from a third party that is currently holding receivables in connection with the dispute.

      The parties respectfully request that the conference scheduled for November 19, 2025 at 10:30 a.m. be adjourned to December 2, 2025 in the morning so the parties may focus on achieving resolution and not using the court's limited resources.

      We thank the Court for its time and consideration.

                        Respectfully submitted,

                        */s/ Rickin Desai, Esq.*
                        Rickin Desai, Esq.
                        Rickin Desai Law P.C.
                        Counsel for Plaintiff
                        167 Madison Avenue
                        Suite 205, #3008
                        New York, NY 10016
                        Phone: (973) 739-8707
                        Email: rickin@rdesailaw.com